# CERTIFICATES

1. CA. GED
2. Typing speed above 35 WPM
3. Certificate of Progress CASAS
4. Certificate of Completion GED
5. Certificate of Attendance
    a. Microsoft Word
    b. MS Excel 2007
6. Certificate of Completion Microsoft Excel 2007
7. Certificate of Completion Sociology 100
8. Certificate of Participation: Attitudes for Success Substance Abuse Edu.
9. Certificate of Completition: Attitude for Success: Anger Management
10. Certificate of Participation: Life Skills/Study Skills
11. Certificate of Completion: Microsoft Word 2007
12. Certificate of Participation: Note Taking/Study Skills
13. High School Equivalent Certificate

# High School Equivalency Certificate

## State of California

This is to certify that

### TONISHA MOORE

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.

Tom Torlakson
State Superintendent of Public Instruction

Michael W. Kirst
President of the California State Board of Education

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Tomisha Moore*

Has participated in a 50 hour course of instruction in

**Typing speed above 35 wpm**

All Instruction Provided in English only.

**College Keyboarding and Typing**

_____
Instructor

*May 29, 2012*
Date

# Santa Ana College
## School of Continuing Education
### CASAS
Comprehensive Adult Student Assessment System

# Certificate of Progress

*Tonisha Moore*

for exceptional improvement in competency-based learning

Pretest (81RX)   Posttest (185R)   Gain ( 23pts )

*High School Subjects*

_Cooke_
Instructor

_September 11, 2012_
Date



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Completion

This is to certify that

*Tonisha Moore*

has satisfactorily completed a course of instruction in

*General Education Development*
*(GED)*

and is hereby awarded this certificate in recognition of creditable work accomplished.

_____   _____   _____
Instructor                  Date 10/2/12                Dean, School of Continuing Education

# Certificate of Attendance

This is to certify that

## Tonisha Moore

Attended 20 Sessions of Study in:
**Microsoft Word**

_____        2/19/13
Instructor                                    Date

**Santa Ana College**
School of Continuing Education
Rancho Santiago Community College District

---

# Certificate of Attendance

This is to certify that

## Tonisha Alecia Moore

Attended 30 Hours of Study in:
**MS Excel 2007**

_____        11/20/12
Instructor                                    Date

**Santa Ana College**
School of Continuing Education
Rancho Santiago Community College District



# Certificate of Completion

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

This is to certify that

**Tonisha Moore**

Has completed a course of instruction in

Microsoft Excel 2007

Instructor

December 3, 2012
Date

# Certificate of Completion

**SANTA ANA COLLEGE**
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

This is to certify that

*Tonisha Moore*

Has completed

**Sociology 100**

_____          December 15, 2012          _____
Instructor                                              Date                                        Christine Kaska
                                                                                                    Associate Dean of Instruction

© 2012 Great Papers



SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

# Certificate of Participation

This is to certify that

*Tonisha Moore*

Has Successfully Completed 24 classes of

*Attitudes for Success: Substance Abuse Education*

Luis Martinez, Instructor

January 26, 2013
Date

# SANTA ANA COLLEGE
## SCHOOL OF CONTINUING EDUCATION
### RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

## Certificate of Completion

This is to certify that

*Tenisha Moore*

has successfully completed 12 classes of

*Attitudes for Success: Anger Management*

_____
Luis Martinez, Instructor

*February 02, 2013*
Date



# Certificate of Participation

SANTA ANA COLLEGE
SCHOOL OF CONTINUING EDUCATION
RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

*Has participated in a course of instruction in*

Tonisha Moore

## Life Skills / Study Skills

Michael Cooke

April 1, 2013
Date

*This is to certify that* — RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT

**SANTA ANA COLLEGE**
School of Continuing Education
Rancho Santiago Community College District

## Certificate of Completion

*This is to certify that*

**Tonisha Moore**

*Has completed a course of instruction in:*

Microsoft Word 2007

_____
Instructor

March 18, 2013
_____
Date

(Seal: RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT)

# Certificate of Participation

**SANTA ANA COLLEGE**
**SCHOOL OF CONTINUING EDUCATION**
**RANCHO SANTIAGO COMMUNITY COLLEGE DISTRICT**

This is to certify that

*Tonisha Moore*

Has participated in a course of instruction in

## Note Taking / Study Skills



_Michael Cooke_

30 May, 2013
Date



Santa Ana College
School of Continuing Education

High School Equivalency Certificate

This is to certify that

*Tonisha Moore*

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.

*Jessica Menchaca*
Instructor

May 30, 2013
Date



hey sis I miss you so so so so so so so much. I want to see you. I want to do something together. We all miss you. I love you. I hope I see you. Love you sis.

You are funny to me even karma thiks you are funny. I mean it. We love ya so much really baby tonisha Love you Barbie.

Tiffany

tonisha sory you had to wait so long for your letter.

Love, Tiffany

Karma

3/5/13



I got you the sweetest
Mother's Day card
I could find...



Tender Thoughts
15538229

6 45416 31576 0
4963698  1601
$1.95 TEM16010-01D
AMERICAN GREETINGS CLEVELAND, OHIO 44144
©AGC, LLC MADE IN U.S.A.

Mommy,
you are pretty. I
love you so much. Maiah!
These are beautiful
flowers for you.
Mommy.

...'cuz you're
the sweetest mom!

Happy Mother's Day