1  RANDOLPH K. DRIGGS
   ATTORNEY AT LAW
2  625 The City Drive, Suite 375
   ORANGE, CALIFORNIA, 92868
3  (714)748-0430; fax: (714)974-4562
   email: rkd-law@sbcglobal.net
4  Ca. Bar # 68846

5

6  Attorney for Defendant, TONISHA ALECIA MOORE

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 THE UNITED STATES OF AMERICA      )    CASE # SACR 12-00120-CJC
                                      )
12           Plaintiff,              )    **DEFENDANT'S RESPONSE TO PSR**
                                      )    **AND SENTENCING AND SUPPORTING**
13                                    )    **DOCUMENTS**
                                      )
14 TONISHA ALECIA MOORE               )    Sent. Date: 07.08.2013
                                      )    Sent. Time: 10:00 A.M.
15           Defendant                )
                                      )
16 _____)

17      The Defendant, TONISHA ALECIA MOORE, by and through his

18 attorney, Randolph K. Driggs, having received and reviewed the pre-

19 sentencing report ("PSR") for Tonisha Alecia Moore in the above

20 matter, submits the defendant's position regarding sentencing

21 pursuant to Rule 32 of the Federal Rules of Criminal Procedure.

22

23 Date: June 29, 2013      Respectfully Submitted,

24

25                          Law Office of Randolph K. Driggs

26

27                          _____/S/_____
                            Randolph K. Driggs
                            Attorney for Tonisha Alecia Moore
28

                                1.

## SENTENCING MEMORANDUM

I.        **PLEA**

    Ms. Moore plead guilty to two counts of Title 18 U.S.C. sec. 2423(a)(2) as charged in the Indictment under charges 5 & 6 and pursuant to a plea agreement.  The plea agreement provides that Ms. Moore, along with the co-defendant Mr. Wells, transported minors for the purpose of prostitution.

II.       **THE PRE-SENTENCE REPORT**

    The Pre-Sentence Report (PSR) finds a total offense level of 31 and a criminal history category of III, with a guideline range of 135 to 168 months.  The recommendation is for 120 months.  It is noted that without a 5K1 motion or safety valve determination a <u>mandatory minimum</u> of 120 months is required.

III.      **Defense Position RE: PSR**

    Pursuant to Section 6A1.2(a) of the Sentencing Commission Guidelines and Rule 32(e) of the Fed. Rules of Crim. P. 32(F)(1) the defendant must state in writing any objections, including objections to material information, sentencing guideline ranges and policy statements contained in or omitted from the report.
    After a review of the PSR counsel finds no objections as to the criminal history category or the offense level.

IV.   **PERSONAL AND FAMILY HISTORY**

    It is important in understanding Ms. Moore, this offense and her prior criminal history to look at her life, As pointed out in the PSR Ms. Moore had anything but a traditional, nurturing childhood where

2.

1   men were involved.  She was sexually molested both by a neighbor and
2   by a stepfather (PSR paragraph 96).  She began a history of being a
3   run away and having difficulty with her mother.

4       This is an all too frequent a response by young women when they
5   have been molested.  Abusive, dominating males become the perverse
6   attraction for the young female subject to abuse.  There is a long
7   history of abuse from Wells to Ms. Moore.  Substance abuse is also a
8   natural probably consequence.

9       Authoritarian figures have for a long time presented a problem
10  for Ms. Moore.  It is only now, after counseling at the jail and the
11  passage of time, that she has come to realize what she has to do to
12  return to a well adjusted status in life.  It will be a long journey
13  but she has begun the process while incarcerated.

14  V.   **REQUESTED SENTENCE AND CONDITIONS OF RELEASE**

15      The sentencing rang is level 31, criminal history III or a range
16  of 135 to 168 months.  In addition there is a mandatory minimum of 120
17  months unless there is a path of circumvention, which there will be
18  here with the Government's 5K1 motion.  The question is, what amount
19  of departures are appropriate for Ms. Moore?

20      Considering the cooperation provided and the unusually harsh
21  history Ms. Moore has suffered, a departure of 6 levels is requested.
22  That is a range of 70-87 months and a sentence of 70 months should be
23  imposed.  That is a reasonable sentence; a sentence which can be
24  measured against Mr. Wells 120 month sentence and found reasonable and
25  justifiable.

26      A number of the requested conditions should be addressed.  They
27  are in order as follows:

28      9.   Register as a sex offender.  We are all aware that the

                                    3.

Federal Government has no registration, but each individual state as one. It is assumed that Ms. Moore will remain in California with her Mother as that is the logical place. California has both mandatory and discretionary registration. The Ca. Attorney General's office has a unit that evaluates all persons with convictions, from all state and federal convictions, to determine if the statue under which they were conviction in similar enough to it's statutes to warrant registration. Counsel has not yet heard back from that office to see this is a required or discretionary section. The request is that the requirement be changed to require registration in any state in which she resides <u>if that state determines that she must register.</u>

14. Here the restriction is to, in essence, not be near certain public areas where children usually congregate. Considering the offense and the facts of this case it seems that is no warranted. The request would to delete that requirement <u>unless it is a requirement of any sexual registration that is required by the state in which she resides.</u>

15. This section seems similar to paragraph 14. Ms. Moore is a mother and hopes to reunite with her child and family. Our facts do not indicate that Ms. Moore was the person who seduced the two minors to join Mr. Wells charges nor is there any history of it. But once again, if the registration requirement comes into ply, then this condition would seem to be apart of it's requirements.

VI       **CONCLUSION**

On behalf of Ms. Moore, counsel would request the court recommend to BOP that she be allowed to enter the 500 hour ARDAP drug treatment program. Her history well documents her need for such a program.

4.

1       She would also request that she be placed in a facility in
2   Northern California so she can be near her closest family, though the
3   treatment program should be noted as the primary priority.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# LETTERS

1.  Tonisha Moore

2.  Beatrice Thomas   -   Grandmother
3.  Pamela Hutchinson-Williams   -   Mother
4.  Anthony Moore   -   Father
5.  W.C. Rolland   -   Pastor
6.  Eddie Jean Foster  -   Grandmother
7.  Lillie Colbert   -   Friend
8.  Shelia Williams   -   Minister
9.  Eric J. Hardy   -   Reverend
10.  Londa Washington   -   Minister
11.  Jamie Edwards   -   Friend
12.  Margaret Boyd   -   Friend
13.  Maureen Colbert   -   Cousin
14.  Sharee R. Tidwell -   Friend

Tonisha Moore | 1
**Case No. SACR-120-CJC-2**

May 17, 2013

Ronald Reagan Federal Building
And United States Court House
411 W. Fourth St.
Santa Ana, CA 92701

Attn: Honorable Judge Carney
Re: Tonisha Alecia Moore

Honorable Judge Cormac J. Carney,

I am writing this letter for a few different reasons. I would like you to know that I am very ashamed of the person that I was when I got arrested. I got a chance to watch my discovery and I saw the interview that I gave the police. I was so ashamed and embarrassed that I couldn't even watch it in its entirety. I watched about fifteen minutes and I was in tears. I could not believe that was me. I was nothing more than a drug addicted prostitute and at one point I felt that I had no way out of that lifestyle. I feel like being incarcerated was an intervention and wake up call for me. I can now say that I am proud of the woman I am becoming and I am longing to live a lifestyle that includes my daughter. I deeply regret the decisions I made and how it not only affected me, but my daughter and my family. My absence in their lives has caused them sorrow, possibly even more than my own by us being apart during the past 13 months of my incarceration.

I am extremely remorseful for the matter at hand. I would like to apologize to the victims and their families. After being able to look back at what happened with a clear mind and remembering the events that transpired, I am ashamed and there is no way to justify what took place. I pray that these young ladies are safe and that they and their families can forgive me. If I could undo the harm that was caused, I would undo it in a heartbeat. I hope these young ladies can use this negative situation as motivation for a positive future.

This incarceration has taught me a lot and has helped me deal with things that I spent years running away from. I had a lot of things haunting me from my past, as well as feeling guilty, ashamed, and having low self esteem. I spent a lot of time being hard on myself. I must admit that I had a hard time adjusting to being in jail and I even had a nervous break down in May of 2012. After speaking with the jail counselor, I set goals and started working very hard on un-programming myself from the mentality that was taught to me by Wells. The counselor suggested that I have Stockholm Syndrome and PTSD and that's why I was having trouble moving on with certain things. She also helped me realize that because of my past, I am susceptible to emotional distress.

One of the most important lessons I have learned this past year is how to love myself. I have always been looking for that "father figure" to fill the void of my father not being in my life. Learning how to love myself has made me realize that I do not need a man in my life to make me feel good and that all the love I need is within me. This has made my relationship with my mother and my daughter so much stronger. I feel I can honestly say that I know what love is. At one point, I felt that Wells and I were in love. Looking back, I have come to realize that neither of us knew what love was.

Your Honor I know I have made mistakes but I am not of a criminal mind. I did not realize that my acting out and looking for a "father figure" would get me into all this trouble. Please

understand that due to being under the influence most of the time and in fear of being "disciplined" by Wells, I was not in my right mind. I am striving to be a better mother, daughter and sibling. The end result of all this will be that I am going to be a person that I can be proud of so in turn, my daughter and family will be as well. Again, I apologize for my involvement. I pray that you find it in your heart to have mercy on me. Thank you for your time.

Sincerely,

Tonisha Alecia More

September 29, 2012


Beatrice Thomas
1215 Lynn Avenue
San Jose, CA. 95122

To Whom It May Concern:

Being a grandparent, I have seen the misgivings of my grand-daughter from one place. Being a child advocate, I have viewed the same misgivings through the eyes of a supporter. Therefore, it is with mixed emotions that I write this letter.

Tonisha has had some turmoil in her life that has caused her to act and react in several different mannerisms. Many times, her behavior leads her into destructive patterns. Unfortunately, there was not intervention to steer her elsewhere.

However, after reviewing her current situation, I see that she is very much a victim. She was concommitaly manipulated by a predator and forced to do things both outside of her thought process and comfort zone. In fact, there were several times during her ordeal that I had the occasion to speak with her and it was evident to me that she was under the throes if a predatory mastermind – for her conversation and language was not her own.

I hope that the court will take the aforementioned information into account. I am currently mentoring a young lady who in a similar situation – but the court was able to intervene before it got out of control. It is my desire that the court can intervene here and change the course of my grand-daughter's future in a positive manner. I believe this situation has sufficiently gotten her attention and has turned her towards a positive light.

Thank you for your consideration.

Sincerely,

Beatrice A. Thomas

November 15, 2012


**Re:  Tonisha Moore**
**Case Number:  8:12-cr-00120-CJC**


Dear Judge Cormac Carney:

I am Pamela Hutchinson-Williams, Tonisha Moore's mother. I want to start out by thanking you for saving my daughter's life. Thank you for delivering her from the cruel, evil, vicious hands of Eric Lamar Wells. God has answered my prayer.

On July 10, 1989, God blessed me with a beautiful daughter.......Tonisha Alecia Moore. As a mother, I always tried to teach Tonisha in the way she should go and yield her from the evils of this world. I raised her with lots of love and with a Christian upbringing. I was a single parent for years. Tonisha's father always popped in and out of her life. She very much wanted her father's love but never received it.

Tonisha has always been a friendly, loving, compassionate and kind-hearted person. She is very giving and will give you the shirt off of her back. She has always put others needs in front of her own.

Tonisha was molested in her adolescent years by my ex-husband Robert Booth. I endured domestic violence at the hands of Robert Booth as well. This has left emotional scars on both Tonisha and I. Tonisha has spent most of her life trying to hide from the pain of molestation. I could not provide the extensive counseling that was needed for Tonisha due the lack of finances.

My present husband, John Williams came into our lives directly after my divorce from Mr. Booth. He helped pick up the pieces and has ALWAYS provided love and support to Tonisha. To this day, he has treated Tonisha as if she were his biological daughter.

Growing up, Tonisha encountered your normal teenage problems. Those problems worsened when she met Eric Lamar Wells. She was physically and mentally abused by Mr. Wells if she did not go along with what he wanted her to do, for he was controlling and manipulative.

There were a few incidences at my home in front of my small children where I had to physically intervene because Mr. Wells had become physical with Tonisha. I called the Tracy Police but by the time they arrived, Mr. Wells would be gone. I would plead with Tonisha not to go with Mr. Wells. She stated if she did not, she was afraid he'd carry through on his threats of harming her daughter and the family. Tonisha put her safety before ours. I would receive text messages from

Re:  Tonisha Moore
Case Number: 8:12-cr-00120-CJC
Page 2

her stating she was with Mr. Wells and was afraid for her safety. In those text messages she
provided Mr. Wells' vehicle description and license plate number.

In December 2012, I awakened to a chilling phone call stating that Mr. Wells attempted to
murder Tonisha. I was mortified! God spared her life because He has a plan for her. My daughter

Tonisha is now free from Eric Lamar Wells and his hold that he had on her; mentally and
physically. Tonisha is very much a victim as the other victims in this case. Is her life not valuable
as the other victims in this case? I am begging you not to let Eric Lamar Wells win in the end by
still taking Tonisha's life through incarceration.

God has allowed Tonisha another chance at life; I am asking will you do the same? Please give
Tonisha a second chance to prove that she can and will be a productive member of society. She
has a 2 year old daughter who needs her mother. I am asking that the court intervene and redirect
her life by providing the necessary services that can get Tonisha's life back on track instead of
providing prison time. Tonisha has the support of her family to help her as well. Although she
exercised bad judgment with Mr. Wells, Tonisha is not the person the media has made her out to
be. She is not a threat to our communities.

I love my daughter dearly and will always stand in her corner to help her go in the right
direction. For a mother's love never fades. Judge Carney, It is my prayer that the Court has
leniency and mercy on Tonisha with her sentencing.

Should there be anything you'd like to discuss, you may contact me at 209.640.5235.

Thanking you in advance for your time and consideration to this matter.

Sincerely,

Pamela Hutchinson-Williams

September 29, 2012

Anthony Moore
1685 Derek Way
Chula Vista, CA 91911

To Whom It May Concern:

I am writing this letter on behalf of my daughter, Tonisha Moore.

Tonisha has had a tremendously hard upbringing. I am the first to admit that I have a major role in her difficulty. I was not a regular part of her life. However, she survived the best way she could – and her mother provided in the same manner.

However, I was present and supportive during the time her current troubles began. I actually witnessed first-hand the abuse she experienced at the hands of Mr. Wells. In fact, at one point, I drove my car to Sacramento to forcibly remove Tonisha from Mr. Wells' residence because she called me during a physically abusive episode. Even during the ride home, Mr. Wells continued to call Tonisha issuing threats, ultimatums, violent epitaphs and intimidations – all that were guaranteed to occur if she did not return soon.

Tonisha has always ben a very caring and loving young woman. She has also been succeptable to men who approach her baring the profile of a father-figure. Mr. Wells manipulated Tonisha doing exactly that.

I pray that the court will have mercy on my daughter. She is certainly not the ogre that has been presented by the court. Yes, she has some issues, but I do not believe that they are the sort that can be address nor should be resigned to prison.

I pray you will accept my plea for mercy.

Thank you for your consideration.

Sincerely,

Anthony Moore



**PEOPLE OF CHRIST MISSIONARY BAPTIST CHURCH**
11473 West Larch Road   •   Tracy CA 95304
**REVEREND WILLIE C. ROLLAND, PASTOR**
Office: (209) 833-7258 • Fax: (209) 833-7951

October 1, 2012

To Whom it may concern.

There is a saying, "There is so much good in the worst of us and so much bad in the best of us that none of us have the right to talk about the rest of us".

I Can honestly say that there is a lot of truth in that statement when I think about Tonisha Moore. There is a lot of good in Ms Moore and I think that if those that have to make the decision on what is required my society as punishment for the charges against her will consider that there is enough good in her, if given a push in the right direction, her life can be changed.

Ms Moore has attended The People of Christ Missionary Baptist Church for some years and in her younger years she was active in many of the youth programs. She always had respect for her elders and blended in well with her peers. Some how she made some choices that were not in her best interest and as we know, bad choices bring bad results.

I do believe that we can change the pattern of those choices if there is a positive effort by the one that made the choices and those that have the authority to govern and discipline the ones that make the choice.

As her pastor and a concerned citizen, I pray that You will look for the good and take it into consideration when determining and redirecting the fate of Ms Tonishe Moore.

In His Service

Pastor: W. C. Rolland

*The harvest truly is plenteous, but the laborers are few. Pray ye, therefore, the Lord of the harvest, that he will send forth laborers into the harvest.*

Matthew 9:37-38

Eddie Jean Foster
2785 Homestead Rd. #13
Santa Clara 95051

Tonisha Moore
Case # 8:12-cr-00120-cjc
Judge Carmac Carney

Dear Judge Carmac Carney:

I Eddie Jean Foster is Tonisha's Grand Mother, I have known, Tonisha 23 yrs.

Tonisha is a wonderful young lady. Growing up Tonisha loved church, she use to sing in the church choir.

Tonisha loved school. I used to take her to school and go and get her from school while my daughter was at work. Tonisha has helped friends with their algebra. She is very smart. She loves doing hair helping others. She loves family and church people.

Tonisha loves sports. She use to play basketball, track and loves field trips.

Tonisha was very proud of her teachers. I haven't ever heard Tonisha say a bad or curse word in my presence. Tonisha has always called to see how her Grand Mother was getting along.

Respectfully Yours,
Eddie Jean Foster

Lillie Colbert
2785 Homestead Rd.
Santa Clara 95051

Tonisha Moore
Case Number 8:12-cr-00120-cjc
Judge Carmac Carney

Dear Judge Carmac Carney:

I Lillie Colbert is writing this letter on behalf of Tonisha. She is a wonderful young lady, loves her people, also her friends. She likes playing basketball, and doing friends hair. She likes cooking special meals to try and surprise her mother. She likes helping with the Girl Scout cookies etc. She was brought up in a God Fearing home, she likes church. I have known her since birth. She is very nice.

Respectfully Yours,
Lillie Colbert

September 20, 2012

Re: Reference Letter for Tonisha Moore; Case No. 8:12-cr-00120-CJC

Dear Judge Cormac Carney:

I am an Associate Minister at the People of Christ Missionary Baptist Church in Tracy, CA, where I met Tonisha and her family. I have known Tonisha since she was a teenager. She and my daughter grew up together as members of the same church family. I have grown to love her as my own daughter. And on many occasions, I counseled, encouraged and reprimanded her. But sometimes being young and seeking love in all the wrong people, we will find ourselves on a path that we don't know how we got there and would have never taken on our own. Unfortunately, like many of us, Tonisha had a lack in judgment and made some mistakes that she will regret for the rest of her life. But there is one thing that I know for sure, Tonisha is a sweet young lady with a kind, loving heart. Without question I know that she is a good person who made some bad decisions. She is not a mean-spirited person who seeks to take advantage of others. Tonisha was raised in a loving, God-devoted home. She attended church on a regular basis and received a solid foundation of right and wrong by parents who love her.

Judge Carney I respect the position you hold in helping to ensure that our communities are safe. I pray and ask for mercy on Tonisha's behalf. It is also my prayer that you will find it in your heart to be lenient on her sentencing. Please give her another chance to be the woman God created her to be. Yes, she made some mistakes and must pay her debt to society. But I believe that if she is given a chance to right her wrong, she will take full advantage of that opportunity by being a positive, productive citizen for the rest of her life; a process she has already begun by rededicating her life to Christ, completing her GED, as well as receiving other educational certificates.

I would like to thank you in advance for your consideration. If you have any questions of me, please feel free to contact me (209) 914-4782.

To God be the Glory,

Minister Shelia Williams

## REVEREND ERIC J. HARDY

1000 Brighton Avenue #19
Modesto, California 93955
(209) 207-1350

Re: Tonisha Moore
Case #8:12-cr-00120-CJC
September 30, 2012

Dear Judge C. Carney,

This correspondence is in regard to a special young lady who is a long time member of our church congregation; Tonisha Moore. As a principal leader at the church, I am well versed with counsel, outreach, intervention, and proper implementation of programs geared toward deterring our youth from the streets. We are dedicated to shaping, nurturing, and enhancing the lives of members in our community, with a strong emphasis on responsiveness and accountability. Many youth have entered our doors as babes, and walked out upstanding, respectable and integrity-filled adults equipped and ready for the outside world. Majority of our youth have become pillars of society.

Miss Moore came to us at the ripe age of 12 and immediately took on a role of responsibility. She was active in the church choir, on the usher board, and was always asking how she could be of help. She is an optimistic and bright young lady. Tonisha's main focus undoubtedly was to make a difference wherever she could. We all know there are numerous temptations that beckon to adolescents. At a time when Miss Moore could be answering that call and submerged in negative activities and involvement of mischief, she instead volunteered her time and was a role model to fellow youth. She respects herself and values the thoughts and feelings of others.

Miss Moore is a diligent and long suffering mother of a two year old girl. Prior to her daughter's birth she was readily committed to securing a life for herself and child. She refused anything that would hinder her from being the mother her baby needed. It was not always the easy road, but it was the one that would lead to success and fruition. I have witnessed the growth of Miss Moore, intellectually, emotionally, spiritually, and seen her as a tiny bud-- blossom into the vitality and splendor of a beautiful flower.

Tonisha Moore is in custody and facing a sentence through the Judicial System, but the Tonisha Moore I KNOW has always kept her nose clean, eyes opened, and mind focused. She has not been in any run-in with the law prior to this, and up until her schedule at school heightened, she was heavily involved in the church.

It pangs our entire community to see such an intelligent, bright, devoted and genuine spirited young woman fallen in the crevices of strife. Our prayers are with her, and her family, but most of all, I say a special prayer for those who will be judging Miss Moore.

Your Honor, This is not a case of a dysfunctional individual who is a repeated offender, or whose been a thorn in society's side. This is a hard working, community-oriented citizen who found herself in a dilemma she never dreamt could be. Tonisha Moore is the epitome of light, work ethic, strength, and ambition. She is an exceptional individual.

With all things considered, we plead with the court to show leniency and compassion unto Tonisha Moore. Thank you.

Sincerely,

Eric J. Hardy, Reverend.

Page 2 of 2

September 30, 2012

Tonisha Moore
Case Number 8:12-cr-00120-cjc
Judge Carmac Carney

To Whom it May Concern:

My name is Minister Londa Washington.  I am writing this letter in hopes that you may see the good inside this beautiful young lady by the name of Tonisha Moore.  Tonisha was a young lady that used to attend People of Christ Missionary Baptist Church in Tracy, California which is where I first met her with her mom. While attending People of Christ Missionary Baptist Church, she sung in the youth choir and also the adult choir.  We made an exception to let her sing with the adults at the age of 14, even though she was not old enough, but because of her height and her desire to want to participate in the Praise & Worship of the adult choir. Tonisha Moore has had her share of hardships, as have we all.  I believe that as we go through life, choices are made, some good and some not so good, but if we strive to be a better person & work through the hardships of life and try to make a positive difference, good will come out of it.  I know Tonisha is capable of looking deep inside & finding the good that God has placed inside of all of us.  She is a young lady that can change & make a positive difference; and this is what she needs to do, so she can take care of her beautiful little girl named Carma.

Sincerely,

Minister Londa Washington

To Whom It May Concern:

I am writing in regard to, Tonisha Moore, who I have known since attending People of Christ Church in Tracy, California which our families were both members of in the early 2000's. She was an outgoing young lady and very active in the youth church activities. She showed positive signs of being a righteous role model.

Before she stopped attending our church and for just a teenager, Tonisha was mature, courteous, and respectful to the members of our congregation. She was focused and dedicated to her eternal future. Tonisha worked hard in church on many of the programs such as youth services, choirs, and praise dance programs. She maintained a positive attitude and participated in many of the church extracurricular activities.

I recommend Tonisha be granted mercy from the court, as the time I have spent in the past with her, know what kind of person she is and must be under the influence of another type of crowd or friends to be in her current situation.

In my heart, I know Tonisha is a good person, who deserves to see her dreams realized. I believe that giving her a chance is a step in that direction, so I hope you will consider having mercy on her today.

Sincerely,


Jamie Edwards
50 Shakespeare Court
Tracy, CA 95376
(209) 814-6158

September 28, 2012

To Judge Cormac Carney

Regarding- Tonisha Moore, case # 8:12-cr-00120-CJC

I have known Tonisha Moore for the past 10 years, when I met Tonisha she was a teenager, she has always been respectable and a very caring individual. Tonisha interacted well with everyone and we became closer as choir members in our church. She was very respectable to the adults in the choir and the church, she was one of the few teenagers in our choir and it was a joy to sing with her.

When I would see Tonisha in town whether it was at the store, or in passing she always behaved in a respectable manner which made me proud to know her.

Sincerely,

Margaret Boyd

September 28, 2012

Tonisha Moore

Cage Number:  8:12-cr-00120-CJC

Judge Cormac Carney

To Whom It May Concern:

My name is Maureen Colbert and I am Tonisha Moore's cousin.  But she has always called me her "Auntie Reen."   I've known her from the first day she came into this world.  I have watched her grow from a young, awkward girl into a wonderful young woman.

Unfortunately, since living so far away, I've missed the last few years of being there with her.  But I remember her feeling out of place because she was the tallest kid in class, to drawing amazing pictures and wowing us with her brain.  I remember her getting involved in basketball and cheerleading.

Tonisha has a kind and giving heart and she tends to be very trusting of people who come into her life.  She tries to please everyone, often forgetting about herself.  We'd spend many nights talking about her life, her daughter, and how she wished her life had been different.

I know the situation she is in right now is very bleak for her, but this young woman needs guidance and a chance to feel that she matters.  She can get her life turned around again and get back onto the right track.  I am in her corner and will always be.

She has her faith, her family, her spirit, she just needs a chance to get her life back.  I cannot just put a few words on paper to let you know about Tonisha, for the pages would become a book.  But I can tell you that this smart, funny, talented young woman is a wonderful human being and will always have her "Auntie Reen" standing there by her side.

If at all possible, I would hope that she can finally get some help that lets her kn_ her life is worth something.  That she matters to people and that life is not that _ But for this to happen, she needs someone to offer that help.  I know her fate _ the courts hands, but her life is in Gods.  Thanks for listening.

Sincerely,

Maureen Colbert

September 24, 2012

Your Honor,

I've known Ms. Moore since 2000. I met her through her mother Pamela Williams while we were working at Wilson, Sonsini, Goodrich & Rosati. Ms. Moore had to be about 13 or 14 years old at the time. Like most teenagers she was going through some identity and behavior issues. Nothing out of the ordinary that no one else has experienced. I am not happy with Ms. Moore's current lifestyle choices. She comes from a good Christian background and her mother has worked very hard to make sure she was afforded the finer things in life.

Ms. Moore used to be very active in her church which is People Of Christ Baptist Church located in Tracy, CA. Ms. Moore has talent and the potential to display good character. I believe that good people make bad choices and I think that is the situation at hand with Ms. Moore. I also believe in forgiveness and redemption. I believe that if Ms. Moore is given a second chance to re-enter society after rehabilitation she will use good judgment.

Although currently incarcerated Ms. Moore has demonstrated some changes. I've notice some changes in her during phone conversations and written communication. I know that when people are in her position they say things to get themselves out of their current situation. I do not believe that is the case with Ms. Moore. I have prayed with and for Ms. Moore during our communication. I ask that you take this letter into consideration when sentencing Ms. Moore.

By no means am I undermining the crime she has been accused of committing. I am a law abiding citizen and I take all laws very seriously, especially having worked in a legal background. Ms. Moore has a 2 year old daughter that needs her. Ms. Moore's mother Pamela Williams has spent countless nights worrying about her daughter and the danger she may have been in, while being associating with the other party accused of committing the crime at hand.

I have also shared the concern for safety as well. As I stated previously, I believe the power of redemption and it is my prayer that Ms. Moore has tried to redeem herself far, to show that she is worthy of a second chance.

Respectfully,

Sharee R. Tidwell

# CERTIFICATES

1. CA. GED
2. Typing speed above 35 WPM
3. Certificate of Progress CASAS
4. Certificate of Completion GED
5. Certificate of Attendance
   a. Microsoft Word
   b. MS Excel 2007
6. Certificate of Completion Microsoft Excel 2007
7. Certificate of Completion Sociology 100
8. Certificate of Participation: Attitudes for Success Substance Abuse Edu.
9. Certificate of Completion: Attitude for Success: Anger Management
10. Certificate of Participation: Life Skills/Study Skills
11. Certificate of Completion: Microsoft Word 2007
12. Certificate of Participation: Note Taking/Study Skills
13. High School Equivalent Certificate